EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | FOR RECORDER'S USE ONLY |
|---|---|

After recording, return to:

Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652

TEL NO.: 949-280-4336      FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: russell@adobejudgmentcollections.com
[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [✓] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Central District of Califorr
STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF: LENARD E. SCHWARTZER, Chapter 7 Trustee | CASE NUMBER: |
|---|---|
| DEFENDANT: GREG YOON | 2:23-cv-00268-PSG-MAR |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [ ] judgment creditor   [✓] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Greg Yoon
   403 La France Ave
   Alhambra, CA 91801

   b. Driver's license no. [last 4 digits] and state:    [✓] Unknown
   c. Social security no. [last 4 digits]:  2331   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Greg Yoon, 403 La France Ave, Alhambra, CA 91801

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Russell J. Singer
   P.O. Box 485, Laguna Beach, CA 92652

   Date: April 13, 2026
   Russell J. Singer
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► *Russell J. Singer* (signature)
   _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ $10,577.44

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: April 1, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*:

Clerk, by_____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF:   LENARD E. SCHWARTZER, Chapter 7 Trustee | COURT CASE NO.: |
|---|---|
| DEFENDANT:  GREG YOON | 2:23-cv-00268-PSG-MAR |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. _____ Name and last known address

Driver's license no. [last 4 digits] and state:          ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. _____ Name and last known address

Driver's license no. [last 4 digits] and state:          ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. _____ Name and last known address

Driver's license no. [last 4 digits] and state:          ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. _____ Name and last known address

Driver's license no. [last 4 digits] and state:          ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS

Page 2 of 2