FILED
CLERK, U.S. DISTRICT COURT

APR 16 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Assignee/Judgment Creditor, In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> GREG YOON, <br><br> Defendant. | ) Case No. 2:23-cv-00268-PSG-MAR <br> ) <br> ) NOTICE OF ASSIGNMENT <br> ) OF JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ASSIGNMENT OF JUDGMENT

1.    On April 1, 2022, a default judgment (the "Judgment") was entered against Defendant Greg Yoon in Adversary Proceeding No. BK-S-21-01203-ABL, United States Bankruptcy Court for the District of Nevada (Lead Case No. BK-S-19-18056-ABL), in the amount of $10,577.44. The Judgment was thereafter registered in this Court pursuant to 28 U.S.C. § 1963 and a certified copy of the Judgment (AO-451) was filed in the above-captioned action on October 26, 2022 (ECF No. 1-1).

2.    On December 22, 2025, Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee and original judgment creditor, executed an Assignment of Judgments transferring all right, title, and interest in and to the Judgment — including all post-judgment interest, costs, and enforcement rights — to Russell J. Singer. The assignment is limited to the single judgment against Greg Yoon registered in this action.

3.    The Assignment of Judgments was executed before a notary public in Clark County, Nevada, on December 22, 2025.

4.    A true and correct copy of the Assignment of Judgments dated December 22, 2025 is attached hereto as **Exhibit A**.

5.    This Notice is filed to provide the Court with notice of the assignment and to request that the docket be updated to reflect that Russell J. Singer is now the assignee and judgment creditor of record in this action in place of Lenard E. Schwartzer.

Dated:  April 13, 2026

Respectfully submitted,

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Assignee/Judgment Creditor, In Pro Per

**PROOF OF SERVICE**

I, Russell J. Singer, declare as follows:

I am over the age of 18 and not a party to this action. My business address is PO Box 485, Laguna Beach, California 92652.

On April 13, 2026, I caused to be served the foregoing NOTICE OF ASSIGNMENT OF JUDGMENT on the interested parties in this action by the following means:

**BY CM/ECF ELECTRONIC FILING:** I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all parties registered to receive electronic notice in this action.

**BY U.S. MAIL:** I caused a true and correct copy of the foregoing document to be placed in a sealed envelope with postage fully prepaid, addressed to:

Greg Yoon, 403 La France Ave, Alhambra, CA 91801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2026, at Laguna Beach, California.

_Russell J. Singer_
Russell J. Singer

# EXHIBIT A

Assignment of Judgments — December 22, 2025

## ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES,** having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 **(the "TRUSTEE" OR "ASSIGNOR")**, and pursuant to that certain Asset Purchase Agreement, dated as of December _, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, 204 Laguna Beach, California, 92652 **("ASSIGNEE")**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: _12/22/2025_

LENARD E. SCHWARTZER, IN HIS
CAPACITY AS CHAPTER 7 TRUSTEE,
*Assignor*

By: _____
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA          )
                                                    ) ss:
COUNTY OF _Clark_      )

On the _22_ day of December, 2025, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

_____
Notary Public



SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-3153-01
My Appt. Expires Jul 31, 2026

**Defendant Address:** 16153 Evansdale Way, Victorville, CA 92395

**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)

*Note: The Los Angeles County recording dated 04/24/2023 (Inst. No. 20230262469) is the primary abstract for enforcement against property located at 471 Canyon Vista Drive, Los Angeles, CA 90065.*

### ABSTRACT OF JUDGMENT RECORDINGS - DAMIANO BRYAN CENTOLA

The following Abstract of Judgment has been recorded against Judgment Debtor Damiano Bryan Centola:

| County | Recording Date | Document No. | Case Number | Amount |
|--------|----------------|--------------|-------------|--------|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 11) | 2:22-cv-09186-PSG-MARx | $20,000.00 |

**Defendant Address:** 471 Canyon Vista Dr., Los Angeles, CA 90065
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 8472

### ABSTRACT OF JUDGMENT RECORDINGS - DANYELLE RAMIREZ

The following Abstract of Judgment has been recorded against Judgment Debtor Danyelle Ramirez:

| County | Recording Date | Document No. | Case Number | Amount |
|--------|----------------|--------------|-------------|--------|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 12) | 2:22-cv-9278-PSG-MAR | $54,986.08 |

**Defendant Address:** 1303 Valiant Street, Lancaster, CA 93534
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 7598

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-20-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-20-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

## ABSTRACT OF JUDGMENT RECORDINGS - DIANNE HUTCHINGS

The following Abstracts of Judgment have been recorded against Judgment Debtor Dianne Hutchings:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| San Bernardino | 03/16/2023 | 2023-0062417 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 04/24/2023 | 20230262469 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 01/23/2024 | 20240050126 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020613 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020614 | 2:22-CV-09142-PSG | $119,988.23 |

Russ Singer

P.O Box 485

Laguna Bch Ca
92652

 

Retail

U.S. POSTAGE PAID
FCM LG ENV
LAGUNA BEACH, CA 92652
APR 14, 2026

90012    $2.44

RDC 99    S2324M502607-25

$12.00



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 16 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

003395

Clerk of the Court

U. S. District Court

350 W 1st St. # 4311

L.A. Cal
90012

Russ Singer

P.O Box 485

Laguna Bch Ca
    92652



Retail

U.S. POSTAGE PAID
FCM LG ENV
LAGUNA BEACH, CA 92652
APR 14, 2026

90012

$2.44

RDC 99

S2324M502607-25

$12.00

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 16 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                 DEPUTY

003395

Clerk of the Court

U. S. District Court

350 W 1st St. #4311

L.A. Cal
            90012