EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | FILED<br>CLERK, U.S. DISTRICT COURT |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):

Russell J. Singer
P.O. Box 485
Laguna Beach, California 92652

TEL NO.: 949-280-4338   FAX NO. (optional):
E-MAIL ADDRESS (Optional): russell@adobejudgmentcollections.com

[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Central District of California
STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2026
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FOR RECORDER'S USE ONLY

PLAINTIFF: LENARD E. SCHWARTZER, Chapter 7 Trustee
DEFENDANT: GREG YOON

CASE NUMBER:
2:23-cv-00268-PSG-MAR

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [ ] judgment creditor   [X] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Greg Yoon
      403 La France Ave
      Alhambra, CA 91801

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits] 2331   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Greg Yoon, 403 La France Ave, Alhambra, CA 91801

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Russell J. Singer
   P.O. Box 485, Laguna Beach, CA 92652

   Date: MAY 21, 2026 R55

   Russell J. Singer
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _Russell J. Singer_
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ $10,577.44

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): April 1, 2022
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): _____

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF:  LENARD E. SCHWARTZER, Chapter 7 Trustee | COURT CASE NO.: |
|---|---|
| DEFENDANT:  GREG YOON | 2:23-cv-00268-PSG-MAR |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.